THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAE Y. LEE<br><br>　　　　　Defendant. | CASE NO. CR19-0228-JCC<br><br>ORDER |

This matter comes before the Court on the unopposed motions of attorneys Edmund Allen and Nick Oberheiden to withdraw as counsel (Dkt Nos. 179, 181.)

Having thoroughly considered the motion and the balance of the record, the Court finds that good cause exists for Edmund Allen and Nick Oberheiden to withdraw as counsel for Defendant Jae Y. Lee. Accordingly, the motions (Dkt. Nos. 179, 181) are GRANTED.

Because counsel's withdrawal will leave Defendant unrepresented, the Clerk is further DIRECTED to notify Defendant telephonically at (425) 492-5437 of the entry of the order and to also send a copy of this order to Defendant at the following address: 7089 171st Avenue Southeast, Bellevue, Washington 98006.

//

//

//

1   DATED this 1st day of July 2022.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE